384

(No. 75-CC-324— )

POWERS 24-HOUR TOWING, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 10, 1975.*

POWERS 24-HOUR TOWING, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-351— )

L. B. FOSTER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 10, 1975.*

L. B. FOSTER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-352— )

L. B. FOSTER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 10, 1975.*

L. B. FOSTER COMPANY, Claimant, pro se.

385

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-433—

DA-COM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 10, 1975.*

DA-COM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-479—

STANDARD STATIONERY SUPPLY Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL Health, Respondent.

*Opinion filed March 10, 1975.*

STANDARD STATIONERY SUPPLY Co., WILLIAM WILSON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.